IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PETER WHORLEY,
    Plaintiff,
    v.
KUCHERA INDUSTRIES, INC.,
KUCHERA DEFENSE SYSTEMS, INC.,
and WILLIAM KUCHERA,
    Defendants

Case No. 3:10-cv-282-KRG-KAP

PETER WHORLEY,
    Plaintiff,
    v.
KUCHERA INDUSTRIES, INC.,
KUCHERA DEFENSE SYSTEMS, INC.,
and WILLIAM KUCHERA,
    Defendants

Case No. 3:10-cv-288-KRG-KAP

## MEMORANDUM ORDER

These matters was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 29, 2011, docket no. 14 at Case No. 3:10-cv-282-KRG-KAP, docket no. 16 at Case No. 3:10-cv-288-KRG-KAP, recommending that the defendants' motions to dismiss the complaint be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No one has filed objections and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation, and noting the lack of timely objections to the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of August, 2011, it is

ORDERED that the motions to dismiss the complaint are granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark these matters closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Peter Whorley
5100 Dupont Boulevard, Apt. 7L
Ft. Lauderdale, FL 33308